In The United States
District Court, Florida
Ocala Division

Michael LoRusso,
    Petitioner,
vs

Florida Department of Corrections,
    Respondent,

Case No: New
5:23-W-160

FILED
2023 MAR -9 AM 10:47
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA, FLORIDA

## Petition For Civil Right Violation

As Petitioner which is no stranger to the Federal Courts all around the country. This a new shocking civil rights violations against Respondent who is also no stranger to the Courts.

1. Petitioner is moving the Court for a imminent physical danger which is a automatic violation of Civil rights Act of 1983.

## Relevant Procedural History

1. Petitioner is currently in The "Cess Pool" of Respondent where gangs, drugs, drug activities, and wide spread homosexual activities go unchecked by Secretary Ricky D. Dixon and Governor Ron DeSantis!

2. Respondent has been sued in Federal Court and right here in Marion County of a lieutenant named Keith Turner and another Officer Ryan Dionne beating a female inmate so severely that she is paralyzed. Secretary Ricky D. Dixon holds 100% responsibility that he personally promoted lieutenant Keith Turner!

-1-

Great job! Secretary Dixon, if that is not as bad that now Keith Turner is awaiting trial on not one, but two counts of sexual molestion of a child under 12 years of age. A sexual predator this is what Secretary promotes!

3. A record settlement of 4.65 million dollars of taxpayers money for Respondent and General Counsel Lance Neff personally worked on this settlement freely admitted liability! Now, Sexual Predators are beating inmates to almost death is acceptable with Respondent.

## Dade Correctional Institution

1. As last year four officers are charged with the murder of a inmate at Dade Correctional Institution. Two officers named Wilcox and Colon are facing the death penalty! So, Sexual Predators and Murders of inmate all with the Staff of Respondent.

2. That Governor Ron Desantis to allow this type of behavior is a total neglect of duty by his part of having Ricky D. Dixon has Department of Corrections, Secretary! The Florida Department of Corrections has had 19 Secretaries in 24 years see a pattern.

3. That The Florida Department of Corrections has a pattern of it's prison to be unsafe for all inmates and The Department of Justice has to review the whole prison system from budget, to close management, to training and hostle work environment. The Department of Corrections is 6,000 officers short handed! Then Ron Desantis had to employ The Florida National Guard to staff it's prisons.

-2-

Right there should clearly tell the Court that something is clearly wrong with Respondent.

4. Petitioner is now housed at Dade Correctional! That Petitioner was transferred from Polk Correctional which is a re-entry prison. The Court to fully understand that Polk Correctional is for inmates being released back to society within a few years! Petitioner has 16 months left on his sentence.

5. Under Florida Department of Corrections policy that once at a re-entry prison that inmates will stay until the completion of their sentence. There no excemptions to this! This is Respondent's policy!

The possible of this policy is if a inmate decided to "check in" for his or her protection. Which Petitioner did not do! The othe possible of this policy, if a inmate invokes himself a "psych emergency" where it is declared that the inmate is a danger to himself or a danger to someone eles. Again, Petitioner did not do any of that!

## Mental Health Unit

1. That Petitioner was transferred to Dade Correctional and placed in a Mental Health Unit and is not a Mental Health Unit Patient! To be clear that Petitioner is not a mental health patient, does not take any medication, and was not under any mental health history at Polk Correctional.

2. Again, why was Petitioner transferred to Dade Correctional? This is a prison where four officers are charged with the murder of a inmate! That inmates are routinely cutting themselves to bleed out to get air lifted to Homestead Hospital.

-3-

As a recently suicide of a inmate in the CSU Unit! This is right out of the horrors of The Spanish Inquisition! The Court must sound the alarm of why Petitioner was transferred to Dade Correctional.

### Great Imminent Physical Harm

1. That Petitioner has poorly trained and totally corrupt that Respondent truly is that Petitioner is in great physical harm especially at Dade Correctional Mental Health Unit!
2. That staff and Security are at a loss of to treat the mentally ill! Overpriced medication that do more harm then good to keep them asleep!

### Motive of Transfer

1. That Petitioner who has no stranger to voice his opinion to the courts and to hold the powerful accountable as in Governor Ron DeSantis! To zero in on former President Donald Trump that Petitioner is suing in Palm Beach County and has a copy of the Warrant when The FBI seized Classified top secret documents. That Petitioner been in direct communication with Ivan Gonzalez and Special Counsel Jack Smith.
2. As the attack of The Capitol on January 6th, 2021 was a deep Court operation involving numerous law enforcement agencies to include Marion County Sheriff Billy Woods See: Exhibits That another Republican Sheriff had no knowledge of the largest federal investigation of The Florida Branch of The Oath Keepers was in Dunnellon a small town in Marion County all under Sheriff Billy Woods and he had no idea what Kelly Meggs and the infamous Justin Crowder was plotting to on January 6th, 2021

- 4 -

The largest federal investigation in the history of Department of Justice and Sheriff Billy Woods has no idea of it popping off in his backyard. That is total "Neglect of Duty" but Governor Ron Desantis does not suspend or remove Sheriff Woods. See, much like Respondent that it do one thing but totally do something different. Ron Desantis says he is for "Law and Order" but had 87 residents from the State of Florida charged with the events of January 6th, 2021. Ron Desantis says it for freedom, but not in any freedom where it says to be ban books! Ron Desantis says that Florida is for freedom, but shutting down trial during Covid 19 is freedom! The Florida Supreme Court overstepped its authority by suspending the Sixth Amendment that is not freedom. Then Ron Desantis because he is a bully like Donald Trump that he will suspend a twice elected State Attorney in Hillsborough County Andrew Warren because of his first amendment right. See Northern District Judge Robert Hinkle rule that Governor Ron Desantis violated Andrew Warren's First Amendment right! This makes Ron Desantis zero for seven in Federal Court! Donald Trump zero for 62 is all of his lawsuits filed off wide spread voter fraud! Which connects Petitioner's criminal case in Pinellas County case number 20-04126CF of an Aggravated Stalking against Justin Crowder. As January 6th investigation that clearly established that Mr. Crowder supplied weapons to The Oath Keepers through Kelly Meggs to attack The Capitol which resulted in five people dying!

Pinellas County Sheriff another Republican Bob Gualtieri who was fully aware of the events of Justin Crowder two years prior to January 6th, 2021. As FBI reports of a right wing extremists groups and a direct connection to Kelly Meggs out of Marion County to the FBI field office on January of 2019.

- 5 -

So, again Ron DeSantis asleep at the wheel which is a total neglect of Duty and to engage in a large conspiracy in Sedition Acts. That again, Polk County Sheriff Grady Judd who is deeply involved in the vast cover up of Johnathan Pollock! The FBI has offered a $30,000.00 reward for the arrest of Johnathan Pollock but Grady Judd can't find him. That again Grady Judd is also a Republican and Johnathan Pollock is wanted by the FBI for the events of January 6th, 2021. Mr Pollock is the key of the covert operation involving the covert operation of these three Republican ~~Governors~~ Sheriffs under Governor Ron DeSantis! A total of 62 law enforcement have been charged with the events of January 6th, 2021. That Mr. Pollock is being aiding by another coconspirator named Rodney Cooper out of Polk County. All under with constant Respondent with Polk Correctional authorities and a retired Sergeant Martin all this clearly show how deep this conspiracy goes. Which all goes directly into of imminent physical harm by Respondent.

This Petition For Civil Right Violation Comes in good faith.

Respectfully,

K_____

Michael Lokusso
Petitioner (Pro se)
19000 377th Street
Southeast
#345454
Dade Correctional

- 6 -